United States District Court
For the District of Massachusett

Keith Austin, 03096-000
   Petitioner,

vs.

United States of America, et. al.

FILED IN CLERKS OFFICE 2021 APR 19 PM 12: 48 U.S. DISTRICT COURT DISTRICT OF MASS.

Motion for 18 USC 4247 H and G to Lift a Mental Health Commitment along with 18 USC 3006(A) for Appointment of Counsel.

Comes now, Keith Austin and hereby petitions this Honorable Court pursuant to 18 USC 4247 H/G and 18 USC 3006(A) with jurisdiction pursuant to 28 USC 1291 where BOP houses petitioner's residence for treatment.

A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4/2021
Keith Austin

Royal v Settle (1959) 8th Cir 192 Fsupp 156, 176 — Martin v Settle (1961) commitment is of a temporary character

Gideon v.s. Waan Wright (1963) right to an appointed lawyer
Criminal Justice Act of 1964
Ayala Serrano v Gonzalez 909 F2d 8, 15 (1st Cir. 1991) Liberally construed
Haines v. Kerner 404 US 519-520 Prose not look at so strickly

Keith Austin 09096-000
Federal Medical Center Devens
PO Box 879
Ayer, MA 01432

BOSTON MA 021
15 APR 2021 PM 3 L

Clerk
U.S. District Court
For District of Massachusetts
1 One Courthouse Way STE 2300
Boston, MA 02210

02210-302559

USMS SCREENED